Case 1:02-cv-01637-CC   Document 13   Filed 01/31/03   Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 1 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASH HUFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:02-CV-1637-CC |
| ) | |
| UNIVERSAL WRESTLING ) | |
| CORPORATION f/k/a ) | |
| WORLD CHAMPIONSHIP WRESTLING, ) | |
| INC., TURNER SPORTS, INC., ) | |
| TURNER ENTERTAINMENT GROUP, ) | |
| INC. and TURNER BROADCASTING ) | |
| SYSTEM, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

### ORDER

It appearing to the Court that the parties have jointly moved for a reasonable extension of the discovery period in this action, and for good cause shown, IT IS HEREBY ORDERED that this Court's Scheduling Order is amended so that the time within which the parties may complete discovery in these cases is extended through and including March 24, 2003, and that all additional and related deadlines set out by the Court's Scheduling Order are similarly extended.

SO ORDERED, this 30th day of January, 2003.

_____
JUDGE, U.S. DISTRICT COURT

13