FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 2 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
LASH HUFFMAN,                        )
                                     )
              Plaintiff,             )
                                     )   CIVIL ACTION FILE
v.                                   )
                                     )   NO. 1:02-CV-1637-CC
UNIVERSAL WRESTLING CORPORATION,     )
f/k/a WORLD CHAMPIONSHIP WRESTLING,  )
INC., TURNER SPORTS, INC.,           )
TURNER ENTERTAINMENT GROUP, INC.,    )
and TURNER BROADCASTING SYSTEM,      )
INC.,                                )
                                     )
              Defendants.            )
_____)
```

NOTICE OF DEPOSITION OF CARY ICHTER

TO: Cary Ichter, Esq.
    Meadows, Ichter & Bowers, P.C.
    Fourteen Piedmont Center, Suite 1100
    3535 Piedmont Road
    Atlanta, GA 30305

Please take notice that pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc., Turner Entertainment Group Inc., and Turner Broadcasting System, Inc. will take the deposition of Cary Ichter on March 18, 2003, beginning at 1:00 p.m. and continuing from day to day until complete. The deposition will take place at the offices of

Meadows, Ichter & Bowers, P.c., Fourteen Piedmont Center, Suite 1100, 3535 Piedmont Road, Atlanta GA, 30305.

The deposition will be recorded by stenographic means and may also be recorded by sound and/or visual means, and will be taken pursuant to the Federal Rules of Civil Procedure before a disinterested person authorized by law to administer oaths.  This deposition will be for purposes of discovery, cross-examination, trial, and any other purposes permitted by law.

Respectfully submitted, this 10th day of March, 2003.

*[signature]*

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants
Universal Wrestling Corporation
(f/k/a World Championship
Wrestling, Inc.), Turner Sports,
Inc., Turner Entertainment Group,
Inc., and Turner Broadcasting
System, Inc.

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

993360_1.DOC

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASH HUFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL WRESTLING CORPORATION,<br>f/k/a WORLD CHAMPIONSHIP WRESTLING,<br>INC., TURNER SPORTS, INC.,<br>TURNER ENTERTAINMENT GROUP, INC.,<br>and TURNER BROADCASTING SYSTEM,<br>INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:02-CV-1637-CC |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this **NOTICE OF DEPOSITION OF CARY ICHTER** upon the interested parties by facsimile and by depositing a copy of same in the U.S. Mail, properly addressed with adequate postage, to:

> Cary Ichter, Esq.
> Kelley Jean Beard, Esq.
> Charles Gernazian, Esq.
> Michelle M. Rothenberg, Esq.
> MEADOWS, ICHTER & TRIGG, P.C.
> Eight Piedmont Center
> Suite 300
> 3525 Piedmont Road, N.E.
> Atlanta, GA  30305

993360_1.DOC

This 10th day of March, 2003.

_____
Eric A. Richardson

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street. N.E.
Atlanta, Georgia   30308-2216
(404) 885-3000