# ORIGINAL

CLERK'S OFFICE
Atlanta

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

APR -3 2003

By: *Ch Leucher* 
Deputy Clerk

| | |
|---|---|
| LASH HUFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:02-CV-1637-CC |
| ) | |
| UNIVERSAL WRESTLING ) | |
| CORPORATION f/k/a WORLD ) | |
| CHAMPIONSHIP WRESTLING, INC., ) | |
| TURNER SPORTS, INC., TURNER ) | |
| ENTERTAINMENT GROUP, INC. ) | |
| and TURNER BROADCASTING ) | |
| SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION OF LASH HUFFMAN

TO: Lash Huffman
c/o Cary Ichter, Esq.
MEADOWS, ICHTER & BOWERS, P.C.
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305

Please take notice that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc., Turner Entertainment Group, Inc. and Turner Broadcasting System, Inc. will take the deposition of Plaintiff Lash Huffman on April 16, 2003, beginning at 10:00 a.m. and continuing from day to day until complete.  The deposition will take place at the offices of

Meadows, Ichter & Bowers, P.C., Fourteen Piedmont Center, Suite 1100, 3535 Piedmont Road, Atlanta, GA 30305.

The deposition will be recorded by stenographic means and may also be recorded by sound and/or visual means, and will be taken pursuant to the Federal Rules of Civil Procedure before a disinterested person authorized by law to administer oaths. This deposition will be for purposes of discovery, cross-examination, trial, and any other purposes permitted by law.

This 3rd day of April, 2003.

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

1138320_1.DOC

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASH HUFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL WRESTLING )<br>CORPORATION f/k/a WORLD )<br>CHAMPIONSHIP WRESTLING, INC., )<br>TURNER SPORTS, INC., TURNER )<br>ENTERTAINMENT GROUP, INC. )<br>and TURNER BROADCASTING )<br>SYSTEM, INC., )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>FILE NO. 1:02-CV-1637-CC |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this **NOTICE OF DEPOSITION OF LASH HUFFMAN** upon the interested parties by depositing a copy of same in the U.S. Mail, properly addressed with adequate postage, to:

>Cary Ichter, Esq.
>Charles Gernazian, Esq.
>Michelle M. Rothenberg-Williams, Esq.
>MEADOWS, ICHTER & BOWERS, P.C.
>Fourteen Piedmont Center, Suite 1100
>3535 Piedmont Road
>Atlanta, GA   30305

1138320_1.DOC

This 3rd day of April, 2003.

                                              _____
                                              Eric A. Richardson

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street. N.E.
Atlanta, Georgia   30308-2216
(404) 885-3000